# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA MELLEN, | Civil File No. 09-2276-JWL/GLR |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| CENTRAL CREDIT SERVICES, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: _06/24/09_                             __/s/ J. Mark Meinhardt__
                                               J. Mark Meinhardt, #20245
                                               4707 College Boulevard, Suite 100
                                               Leawood, KS 66211
                                               913-451-9797
                                               Fax 913-451-6163